**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE HERTZ CORPORATION, | § | |
| Plaintiff | § | |
| v. | § | Case No. 3:24-CV-1176-D |
| DENT MAVERICKS, LLC, | § | |
| Defendant. | § | |

**DEFAULT JUDGMENT**

Plaintiff The Hertz Corporation's ("Hertz's") August 4, 2025 motion for default judgment is granted. Accordingly, for the reasons stated in the court's June 23, 2025 order, and the clerk of court having entered a default on July 30, 2025, it is ordered and adjudged that Hertz recover judgment against defendant Dent Mavericks, LLC ("Dent Mavericks") as follows.

Hertz shall recover judgment against Dent Mavericks in the principal sum of $869,718.11 in actual damages; prejudgment interest thereon at the rate of 6.00% per annum, which, through July 30, 2025, totals $77,781.05 and continues to accrue at a per diem rate of $142.15 until the date of judgment; post-judgment interest at the rate of 7.50% per annum; attorney's fees in the sum of $67,072.75; and $705.00 in taxable costs of court.

This is a final judgment, and the clerk of court is directed to close this case.

Done at Dallas, Texas August 7, 2025.

Sidney A. Fitzwater

SIDNEY A. FITZWATER
SENIOR JUDGE